[No. 12328–9–I. Division One. December 31, 1984.]

FORD MOTOR CREDIT COMPANY, *Respondent,* v. KEITH
EGBERT, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 82–2–00147–6, Harry A. Follman, J., entered September 20, 1982. *Affirmed* by unpublished opinion per

Callow, J., concurred in by Ringold and Scholfield, JJ.